

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MIGUEL ALBA, | § | No. 08-18-00191-CR |
| APPELLANT, | § | Appeal from the |
| V. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| APPELLEE. | § | (TC# 20160D02412) |

## MEMORANDUM OPINION

Appellant, Miguel Alba, has filed a motion to dismiss his appeal pursuant to Rule 42.2. This rule permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant's motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

February 7, 2019
YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)